59 Cal.Rptr.3d 439 (2007)
159 P.3d 31
PEOPLE
v.
TORRES (Guadalupe).
No. S139595.
Supreme Court of California.
May 9, 2007.
Dismissed and remanded to Court of Appeal, Third District.
In light of the decision in Conservatorship of Ben C., (2007) 40 Cal.4th 529, 53 Cal.Rptr.3d 856, 150 P.3d 738, review in the above-entitled matter is dismissed. (Cal. Rules of Court, rule 8.528(b)(1).)
GEORGE, C.J., BAXTER, WERDEGAR, CHIN, MORENO, and CORRIGAN, JJ., concur.